**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAUNE PALMER** | : | |
| Plaintiff | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | **NO. _____** |
| **UNITED STATE OF AMERICA** | : | |
| **UNITED STATES POST OFFICE** | : | |
| Defendants | : | |
| | : | |

<u>**COMPLAINT – CIVIL ACTION**</u>

<u>**PARTIES**</u>

1.      Plaintiff, Shaune Palmer, is an adult individual residing at 1133 West Tioga, Apt.

1, Philadelphia, Pennsylvania 19140.

2.      Defendant, United State of America, is a corporation and/or other business entity

that exists, operates, and does business under the laws of the Commonwealth of Pennsylvania

and maintains a principal place of business at 20 S. 9th Street, Philadelphia, Pennsylvania 19107.

3.      Defendant, United States Post Office, is a corporation and/or other business entity

that exists, operates, and does business under the laws of the Commonwealth of Pennsylvania

and maintains a principal place of business at 20 S. 9th Street, Philadelphia, Pennsylvania 19107.

<u>**JURISDICTION**</u>

4.      Jurisdiction herein is founded on 28 U.S.C. 1346(b), 2671-2680, also referred to

as the Federal Tort Claims Act (FTCA).

<u>**FACTS**</u>

5.      All preceding paragraphs of this Complaint are incorporated herein by reference

as though fully set forth herein.

6.      On or about April 21, 2023, at or about 9:00 A.M., Plaintiff, Shaune Palmer, was

a business invitee of Defendants at the Nix Federal Building and United States Post

Office located at 20 S. 9th Street, Philadelphia, Pennsylvania 19107, when she was caused to lose

her balance, trip, stumble, and fall, thereby sustaining serious and permanent injuries more fully

set forth herein, when Plaintiff's foot went into a hole in the sidewalk due to a missing brick that

had existed for a sufficient time such that Defendants' agents and/or employees knew or should

have known of their existence and had time to remedy same.

7.      On or about January 9, 2025, Plaintiff tendered notice of her claim to the United

States of America and the National Park Service as standard form 95, also known as Claim for

Damage, Injury or Death by electronic mailing.  See completed Claim Form attached hereto as

**Exhibit "A"**.

8.      More than six (6) months have passed since the date the Claim Form was

submitted for review.

9.      The Nix Federal Building and United States Post Office located at 20 S. 9th Street,

Philadelphia, Pennsylvania 19107, was maintained and controlled by Defendants, by their

agents, servants, workman, and/or employees and was under a duty to keep the premises free and

clear of dangerous and/or defective conditions, such as the one causing injuries to Plaintiff.

10.      Plaintiff avers that Defendants by their agents, servants, workman, and/or

employees, had actual/constructive knowledge of the dangerous and/or defective condition on/of

the premises prior to Plaintiff's accident referenced herein.

<u>**COUNT I – NEGLIGENCE**</u>
<u>**SHAUNE PALMER v.**</u>
<u>**ALL DEFENDANTS**</u>

11.      Plaintiff, Shaune Palmer, hereby incorporates all preceding paragraphs of this

Complaint as though fully set forth herein.

12.      The aforesaid accident was caused by the negligence and carelessness of

Defendants, acting as aforesaid, which negligence and carelessness consisted, <u>inter alia</u>, of the following:

a) failing to eliminate the dangerous condition as described above;

b) failing to properly, completely and thoroughly inspect the area of the property where the incident occurred;

c) failing to promptly and carefully post warning signs and/or post notices to warn individuals of the dangerous condition;

d) allowing the said hazardous and dangerous condition to exist for an inexcusable period of time;

e) failing to make timely and proper repairs and maintenance upon said premises;

f) failing to inspect and failing to establish a policy of inspection;

g) failing to repair, gate, close off and/or remove the dangerous condition;

h) failing to recognize the need to repair and/or remove the dangerous condition and to have their maintenance personnel do the same;

i) failing to protect the safety of minors on the premises, such as Plaintiff;

j) failing to protect the safety of business invitees, such as Plaintiff, as it relates to the above-referenced acts of negligence; and

k) failing to properly and/or adequately choose, train, direct, monitor, and/or supervise its agents, servants, workmen, and/or employees with regard to the inspection and safety of the premises.

18.     As the direct and proximate result of Defendants' negligence, Plaintiff sustained serious, severe, and debilitating injuries, including but not limited to, a broken arm.

19.     As a further result of the said accident, Plaintiff has suffered severe pain, mental anguish, humiliation, and embarrassment, and she will continue to suffer same for an indefinite period of time in the future.

20.     As a further result of the said accident, Plaintiff has and will probably in the future, be obliged to receive and undergo medical attention, which was or will be reasonable and necessary arising from the aforesaid accident and will otherwise incur various expenditures for the injuries she has suffered.

21.     As a further result of the said accident, Plaintiff has incurred medical expenses that

were reasonable, necessary, and causally related to the aforesaid accident as a result of the injuries she sustained in this accident.

22.     As a further result of the said accident, Plaintiff has been unable to attend to her daily chores, duties, and occupations, and she will be unable to do so for an indefinite time in the future, all to her great financial detriment and loss.

23.     As a further result of the said accident, Plaintiff may suffer severe loss of her earnings and/or impairment of her earning capacity.

**WHEREFORE**, Plaintiff, Shaune Palmer, respectfully requests this Honorable Court to enter judgment in her favor and against Defendants for damages, interest and cost of suit.

**THE LAW OFFICES OF JOEL J. KOFSKY**

BY: _____

Date: 01/09/2025

JOEL J. KOFSKY, ESQUIRE
I.D. No.: 61114
LAW OFFICE OF JOEL J. KOFSKY
1500 JFK BLVD., STE. 550
PHILADELPHIA, PA 19102
(215) 735-4800
litigation@phillyinjurylawyer.com
Attorney for Plaintiff

# EXHIBIT A

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:**

Nix Federal Building
20 S. Ninth Street
Philadelphia, PA 19107

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

The Philly Injury Lawyer
1500 John F. Kennedy Boulevard
Suite 550
Philadelphia, PA 19102

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 11-22-1960 | Single | 4-21-2023   Friday | 9am |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Plaintiff was walking on the sidewalk along Market Street, she stated that her R foot went into a hole that was on the sidewalk due to a missing brick.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Ms. Palmer sustained injuries to but not limited to her back and right hand.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
|  |  |

**12. AMOUNT OF CLAIM** (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
|  | $100,000 |  |  |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
|  | 215-735-4800 | 1-9-2025 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes    If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

None

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No | 17. If deductible, state amount. |
|---|---|
| None | |

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

None

19. Do you carry public liability and property damage insurance? ☐ Yes    If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☒ No

None

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident.  If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid.  A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted.  Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations.  If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant.  A claim presented by an agent or legal representative must be presented in the name of the claimant.  If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident.  Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:*  The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:*  The information requested is to be used in evaluating claims.
C. *Routine Use:*  See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:*  Disclosure is voluntary.  However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501.  Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention:  Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC  20530 or to the Office of Management and Budget.  Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**